# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**AMBER SINGH, BHUPINDER SINGH,**
**and JATINDER SINGH**                                                                  **PETITIONERS**

**v.**                                                         **CIVIL ACTION NO. 5:20-cv-146-DCB-MTP**

**SHAWN R. GILLIS**                                                                        **RESPONDENT**

## REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Petitioners' Motion to Withdraw Petition for Writ of Habeas Corpus [8]. On June 29, 2020 Petitioners filed a Petition for Writ of Habeas Corpus [1] pursuant to 28 U.S.C. § 2241, arguing that their extended detention in Adams County Detention Center violates the Immigration and Nationality Act, their Due Process rights, and the Eighth Amendment prohibition of cruel and unusual punishment. Petitioners sought release from immigration custody, preliminary and permanent injunctive relief, and an award of attorney's fees.

On September 1, 2020, Petitioners filed the instant Motion [8], requesting that the Petition [1] be dismissed without prejudice because Petitioners have been released from custody and removed from the United States. *See* [8] at 2. Also on September 1, 2020, Respondent filed a Response [9] stating that he has no objection to dismissing the petition without prejudice. *See* [9].

## RECOMMENDATION

For the reasons set forth herein, the undersigned recommends that Respondents' Motion to Withdraw Petition for Writ of Habeas Corpus [8] be GRANTED and the Petition for Writ of Habeas Corpus [1] be DISMISSED without prejudice.

## NOTICE OF RIGHT TO OBJECT

In accordance with the rules and 28 U.S.C. § 636(b)(1), any party within fourteen days after being served a copy of this recommendation, may serve and file written objections to the recommendations, with a copy to the judge, the magistrate judge and the opposing party. The District Judge at the time may accept, reject or modify in whole or part, the recommendations of the Magistrate Judge, or may receive further evidence or recommit the matter to this Court with instructions. The parties are hereby notified that failure to file written objections to the proposed findings, conclusions, and recommendations contained within this report and recommendation within fourteen days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the proposed factual findings and legal conclusions accepted by the district court to which the party has not objected. *Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1428-29 (5th Cir. 1996).

THIS the 2nd day of September, 2020.

                              s/Michael T. Parker
                              UNITED STATES MAGISTRATE JUDGE