```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                          WESTERN DIVISION


AMBER SINGH, BHUPINDER SINGH,
and JATINDER SINGH                                      PETITIONERS

v.                       CIVIL ACTION NO. 5:20-cv-146-DCB-MTP


SHAWN R. GILLIS                                          RESPONDENT
```

Order

This matter is before the Court on Magistrate Judge Michael T. Parker's Report and Recommendation [ECF No. 11]. Respondent filed no objections to the Report and Recommendation, and the deadline for filing such objections has passed. Having carefully reviewed the Report and Recommendation, the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 [ECF No. 1], the unopposed motion to withdraw said petition [ECF Nos. 8 and 9], and the applicable law, and being otherwise fully informed of the premises, the Court finds the Report and Recommendation to be well taken. The Court notes that the Petitioners' motion to withdraw their habeas petition [ECF No. 8] states that:

> As of August 31, 2020, all three Petitioners have been released from custody of the Respondents and removed from the United States. The Petition for a Writ of Habeas Corpus, therefore, is moot because the relief requested has substantially been accomplished and

1

> Petitioners are no longer in the actual or constructive custody of the Respondents.

[ECF No. 8 at 2]. Accordingly,

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation [ECF No. 11] is ADOPTED;

IT IS FURTHER ORDERED that Petitioners' Motion to Withdraw Petition for Writ of Habeas Corpus [8] is GRANTED; and

IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus [1] is DISMISSED without prejudice, and this case is closed.

SO ORDERED this the 16th day of December, 2020.

/s/ David Bramlette_____
UNITED STATES DISTRICT JUDGE